**Fill in this information to identify the case:**

Debtor 1     Anthony J. Lee

Debtor 2
(Spouse, if filing)

United States Bankruptcy Court for the:   Eastern   District of   Wisconsin
                                                                    (State)

Case number    14-32938-beh

## Form 4100R

# Response to Notice of Final Cure Payment

10/15

According to Bankruptcy Rule 3002.1(g), the creditor responds to the trustee's notice of final cure payment.

| Part 1: | Mortgage Information |
| --- | --- |

Name of creditor:   US Bank Trust National Association, as Trustee
of the Bungalow Series III Trust

**Court claim no.** (if known):
5-1

**Last 4 digits** of any number you use to identify the debtor's account:   0  5  8  7

Property address:   3614 N. 5th Street
                    Number    Street

                    Milwaukee, WI  53212
                    City          State    ZIP Code

| Part 2: | ▓▓▓▓▓▓▓▓▓▓ Payments |
| --- | --- |

*Check one:*

☑ Creditor agrees that the debtor(s) have paid in full the amount required �▓▓▓▓▓▓▓▓▓ **under the Chapter 13 Plan**
on the creditor's claim.

☐ Creditor disagrees that the debtor(s) have paid in full the amount required to cure the prepetition default
on the creditor's claim. Creditor asserts that the total prepetition amount remaining unpaid as of the date    $ _____
of this response is:

| Part 3: | Postpetition Mortgage Payment |
| --- | --- |

*Check one:*

☐ Creditor states that the debtor(s) are current with all postpetition payments consistent with § 1322(b)(5) of
the Bankruptcy Code, including all fees, charges, expenses, escrow, and costs.

The next postpetition payment from the debtor(s) is due on:   ___/___/_____
                                                               MM / DD / YYYY

☑ Creditor states that the debtor(s) are not current on all postpetition payments consistent with § 1322(b)(5)
of the Bankruptcy Code, including all fees, charges, expenses, escrow, and costs.

Creditor asserts that the total amount remaining unpaid as of the date of this response is:

a.  Total postpetition ongoing payments due:                                              (a)  $ _____

b.  Total fees, ~~charges, expenses~~, escrow, and costs outstanding:                     + (b)  $  19,392.39
    ** No escrow paid by debtor during case;
    creditor disbursements listed

c.  **Total**. Add lines a and b.                                                         (c)  $  19,392.39

Creditor asserts that the debtor(s) are contractually
obligated for the postpetition payment(s) that first became   ___/___/_____
due on:                                                       MM / DD / YYYY

**Part 4:**    **Itemized Payment History**

If the creditor disagrees in Part 2 that the prepetition arrearage has been paid in full or states in Part 3 that the debtor(s) are not current with all postpetition payments, including all fees, charges, expenses, escrow, and costs, the creditor must attach an itemized payment history disclosing the following amounts from the date of the bankruptcy filing through the date of this response:

- all payments received;
- all fees, costs, escrow, and expenses assessed to the mortgage; and
- all amounts the creditor contends remain unpaid.

**Part 5:**    **Sign Here**

**The person completing this response must sign it. The response must be filed as a supplement to the creditor's proof of claim.**

*Check the appropriate box::*

☐ I am the creditor.
☑ I am the creditor's authorized agent.

**I declare under penalty of perjury that the information provided in this response is true and correct to the best of my knowledge, information, and reasonable belief.**

Sign and print your name and your title, if any, and state your address and telephone number if different from the notice address listed on the proof of claim to which this response applies.

✖ /s/ Bryan M. Ward      Date   2 / 3 / 2020
   Signature

Print    Bryan M. Ward      Title   Of Counsel
     First Name    Middle Name    Last Name

Company    Eric Feldman & Associates PC, for BSI Financial

If different from the notice address listed on the proof of claim to which this response applies:

Address    c/o BSI Fin. Svcs, 1425 Greenway Drive, Ste 400
     Number    Street

     Irving, Texas 75038
     City      State    ZIP Code

Contact phone   (_____) _____–_____      Email _____

```
BSI Financial Services                              PAGE        1
314 S Franklin St. / Second Floor                   DATE 02/04/20
PO Box 517
Titusville          PA 16354
                                    HISTORY FOR ACCOUNT ███████████

        --------- MAIL -------------------- --------- PROPERTY ----------------

        ANTHONY J LEE

        3614 N 5TH ST                    3614 NORTH 5TH STREET

        MILWAUKEE          WI 53212    MILWAUKEE          WI 53212

    ------ DATES ------  ---- CURRENT BALANCES -----  ------- UNCOLLECTED -------
PAID TO    01/01/19  PRINCIPAL          5822.65  LATE CHARGES         0.00
NEXT DUE   02/01/19  ESCROW           -19778.76  OPTIONAL INS         0.00
LAST PMT   12/23/19  UNAPPLIED FUND      687.62  INTEREST             0.00
AUDIT DT   06/08/18  UNAPPLIED CODES         *   FEES              -302.00
                     BUYDOWN   FUND        0.00  ------ YEAR TO DATE -------
    LAST ACTIVITY    BUYDOWN   CODE             INTEREST             0.00
        01/24/20                              TAXES                0.00
    -------------------------------------------------------------------------

POST   TRN  DUE     TRANSACTION     PRINCIPAL     INTEREST        ESCROW
DATE   CDE  DATE    AMOUNT          PAID          PAID            PAID
------ ---  ------  --------------- ------------- ------------- -------------
101518 E10 010118     -137.34  PAYEE = 4024.04821              TELLER 32022
122018 E92 030118    -2639.88  PAYEE = 0041.00101              TELLER 32687
060319 E10 080118      -85.16  PAYEE = 4024.04821              TELLER 32022




END OF HISTORY

ESC BKR 8183
```



RETURN SERVICE ONLY
PLEASE DO NOT SEND MAIL TO
THIS ADDRESS
P.O.BOX 619063
DALLAS, TX 75261-9063

**Escrow Account Disclosure Statement**

**Customer Service** : 1-888-480-2432
Mon-Thurs 8 am to 8 pm, Fri 8 am to 6 pm, Sat 8 am to 2 pm CT

**Tax/Insurance:** 1-888-297-2432
Mon-Thurs 8 am to 5 pm CT

Your Loan Number: █████████
Statement Date: 04/19/2016

5-692-54715-0000010-001----

ANTHONY J LEE
3614 N 5TH ST
MILWAUKEE WI  53212-4118

| | |
|---|---|
| **Why am I receiving this?** | Nationstar completed an analysis of your escrow account to ensure that the account is funded correctly, determine any surplus or shortage, and adjust your monthly payment accordingly. Nationstar maintains an escrow cushion equal to two months' estimated taxes and insurance (unless limited by your loan documents or state law). This measure helps to avoid a negative balance in the event of changing tax and insurance amounts. |
| **What does this mean for me?** | At this time, your Escrow Account has less money than needed and there is a shortage of $0.00. Due to this shortage and changes in your taxes and insurance premiums, **your monthly escrow payment will increase by $0.78.** Effective 07/01/2016, **your new total monthly payment will be $1,120.78.** |
| **What do I need to do?** | You may either **1) make the new monthly payment**  listed of $1,120.78 or  **2) pay the shortage in part or in full** by sending the full or partial shortage amount along with the completed coupon below. If you choose to pay in full, please note your new monthly payment will be   **$1,120.78**, which includes adjustments made for changes in taxes and insurance premiums.   No action is required at this time as the shortage amount = $0. |

| Total Payment | Current Monthly Payment | Payment Changes | New Monthly Payment |
|---|---|---|---|
| PRINCIPAL AND INTEREST | $820.08 | $0.00 | $820.08 |
| ESCROW | $299.92 | $0.78 | $300.70 |
| **Total Payment** | **$1,120.00** | **$0.78** | **$1,120.78** |

*See below for shortage calculation*

**What is a Shortage?**  A shortage is the difference between the **lowest projected balance**  of your account for the coming year and your **minimum required balance** . To prevent a negative balance, the total annual shortage is divided by 12 and added to your monthly escrow payment, as shown below.

| Minimum Required  Balance | | Lowest Projected Balance |
|---|---|---|
| **$601.40** | | **$601.40** |

**$0.00 / 12 = $0.00**
*Please see the Coming Year Projections table on the back for more details.*

| Escrow Payment Breakdown | Current Annual Disbursement | Annual Change | Anticipated Annual Disbursement |
|---|---|---|---|
| CITY TAX | $1,957.40 | $0.00 | $1,957.40 |
| HAZARD SFR | $3,302.00 | ($1,651.00) | $1,651.00 |
| **Annual Total** | **$5,259.40** | **($1,651.00)** | **$3,608.40** |

*If you have questions about changes to your property taxes or homeowners' insurance premiums, please contact your local taxing authority or insurance provider. For more information about your loan, please sign in at MyNationstar.com.*

This communication is for informational purpose only and is not intended as an attempt to collect, assess, or recover a claim against,
or demand payment from, any individual protected by the U.S. Bankruptcy Code.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

**This Area Intentionally Left Blank**

INTERNET REPRINT

The change in your escrow payment may be based on one or more of the following factors:

**Payment(s)**
- Monthly payment(s) received were less than or greater than expected
- Monthly payment(s) received earlier or later than expected
- Previous overage returned to escrow

**Taxes**
- Tax rate and/or assessed value changed
- Exemption status lost or changed
- Supplemental/Delinquent tax paid
- Paid earlier or later than expected
- Tax installment not paid
- Tax refund received
- New tax escrow requirement paid

**Insurance**
- Premium changed
- Coverage changed
- Additional premium paid
- Paid earlier or later than expected
- Premium was not paid
- Premium refund received
- New insurance escrow requirement paid
- Force placed insurance premium paid

## Prior Year Account History and Coming Year Projections

**This is a statement of the actual activity in your escrow account from 07/15 through 06/16. This statement itemizes your actual escrow account transactions since your previous analysis statement or initial disclosure, and projects payments, disbursements and balances for the coming year.** The projections from your previous escrow analysis are included with the actual payments and disbursements for the prior year. By comparing the actual escrow payment with the previous projections listed, you can determine where a difference may have occurred. When applicable, the letter "E" beside an amount indicates that a payment or disbursement has not yet occurred but is estimated to occur as shown.

**Projections are included to ensure sufficient funds are available to pay your taxes and/or insurance for the coming year.** Under Federal Law (RESPA) the lowest monthly balance in your escrow account should be no less than $601.40 or 1/6th of the total annual projected disbursement from your escrow account, unless your mortgage documents or state law specifies otherwise. Your projected estimated lowest account balance of $601.40 will be reached in February 2017. When subtracted from your required balance of $601.40, an Escrow Shortage results in the amount of $0.00. **These amounts are indicated with an arrow (<).**

*This escrow analysis is based on the assumption that all escrow advances made on your loan prior to your bankruptcy filing date are included in your bankruptcy plan and will be paid in the plan. This analysis considers insurance, taxes and other amounts that will come due after the filing of your bankruptcy case.*

| Month | Projected Payment | Actual Payment | Projected Disbursement | Actual Disbursement | Description | Projected Balance | Actual Balance |
|---|---|---|---|---|---|---|---|
| | | | | | Start | $2,238.61 | ($10,799.33) |
| 07/15 | $319.81 | $319.81 E | $0.00 | $0.00 | | $2,558.42 | ($10,479.52) |
| 08/15 | $319.81 | $319.81 E | $0.00 | $0.00 | | $2,878.23 | ($10,159.71) |
| 09/15 | $319.81 | $319.81 E | $0.00 | $0.00 | | $3,198.04 | ($9,839.90) |
| 10/15 | $319.81 | $319.81 E | $0.00 | $0.00 | | $3,517.85 | ($9,520.09) |
| 01/16 | $0.00 | $0.00 | $1,957.40 * | $1,957.40 * | CITY TAX | $3,517.85 | ($11,477.49) |
| 02/16 | $0.00 | $2,538.48 * | $0.00 | $0.00 | | $3,517.85 | ($8,939.01) |
| 04/16 | $0.00 | $13,423.97 E | $0.00 | $0.00 | Anticipated Payments 07/11-04/16 | $3,517.85 | $4,484.96 |
| 04/16 | $0.00 | $0.00 | $0.00 | $3,302.00 E | HAZARD SFR | $3,517.85 | $1,182.96 |
| 05/16 | $0.00 | $299.92 E | $0.00 | $0.00 | | $3,517.85 | $1,482.88 |
| 06/16 | $0.00 | $299.92 E | $0.00 | $0.00 | | $3,517.85 | $1,782.80 |
| Total | $1,279.24 | $17,841.53 | $0.00 | $5,259.40 | Total | $3,517.85 | $1,782.80 |

| Month | Projected Payment | | Projected Disbursements | | Description | Current Balance | Required Balance Projection |
|---|---|---|---|---|---|---|---|
| | | | | | Start | $1,782.80 | $1,782.80 |
| 07/16 | $300.70 | | $0.00 | | | $2,083.50 | $2,083.50 |
| 07/16 | $21.40 | | $0.00 | | BK ADJ | $2,104.90 | $2,104.90 |
| 08/16 | $300.70 | | $0.00 | | | $2,405.60 | $2,405.60 |
| 09/16 | $300.70 | | $0.00 | | | $2,706.30 | $2,706.30 |
| 10/16 | $300.70 | | $0.00 | | | $3,007.00 | $3,007.00 |
| 11/16 | $300.70 | | $0.00 | | | $3,307.70 | $3,307.70 |
| 12/16 | $300.70 | | $1,957.40 | | CITY TAX | $1,651.00 | $1,651.00 |
| 01/17 | $300.70 | | $0.00 | | | $1,951.70 | $1,951.70 |
| 02/17 | $300.70 | | $1,651.00 | | HAZARD SFR | $601.40 | $601.40 < |
| 03/17 | $300.70 | | $0.00 | | | $902.10 | $902.10 |
| 04/17 | $300.70 | | $0.00 | | | $1,202.80 | $1,202.80 |
| 05/17 | $300.70 | | $0.00 | | | $1,503.50 | $1,503.50 |
| 06/17 | $300.70 | | $0.00 | | | $1,804.20 | $1,804.20 |
| Total | $3,629.80 | | $3,608.40 | | Total | $1,804.20 | $1,804.20 |

**Bankruptcy Adjustment** - The Prior Year Account History and Coming Year Projections section of the Annual Escrow Account Disclosure Statement may contain a line item called "Bankruptcy Adjustment". This amount is a credit based upon the unpaid portion of the escrow funds listed on the proof of claim to be paid through the Chapter 13 plan. The amount of the credit is calculated and applied to reach the minimum required balance for the escrow account as allowed under the loan documents and applicable non-bankruptcy law. The credit may not represent the total outstanding amount of escrow funds owed in the proof of claim but ensures that any escrow funds listed on the proof of claim to be paid through the plan will not be collected through the escrow shortage or surplus listed in the Annual Escrow Account Disclosure Statement. In some instances, only a portion of the proof of claim escrow funds are listed as a credit to reach the required minimum account balance.

You will receive an Annual Escrow Account Disclosure Statement reflecting the actual disbursements at the end of the next escrow analysis cycle. However, you should keep this statement for your own records for comparison. If a previous escrow analysis statement was sent to you by your previous servicer, please refer to that statement for comparison purposes. If you have any questions about this statement, please call our **Customer Service Department toll-free at 1-888-480-2432.**

 **BSI Financial Services**

**Annual Escrow Account
Disclosure Statement**

314 S. Franklin Street, 2nd Floor
P.O. Box 517
Titusville, PA 16354
1-800-327-7861
https://myloanweb.com/BSI

004

ACCOUNT NUMBER: ██████████

DATE: 06/25/19

319

ANTHONY J LEE
3614 N 5TH ST
MILWAUKEE, WI 53212

PROPERTY ADDRESS
3614 NORTH 5TH STREET
MILWAUKEE, WI 53212

PLEASE REVIEW THIS STATEMENT CLOSELY - YOUR MORTGAGE PAYMENT MAY BE AFFECTED. THIS STATEMENT TELLS YOU OF ANY CHANGES IN YOUR MORTGAGE PAYMENT, ANY SURPLUS REFUNDS, OR ANY SHORTAGE YOU MUST PAY. IT ALSO SHOWS YOU THE ANTICIPATED ESCROW ACTIVITY FOR YOUR ESCROW CYCLE BEGINNING 08/01/2019 THROUGH 10/01/2019.

**-------- ANTICIPATED PAYMENTS FROM ESCROW 08/01/2019 TO 10/01/2019 ---------**

| | |
|---|---|
| HOMEOWNERS F/P | $85.16 |
| TOTAL PAYMENTS FROM ESCROW | $85.16 |
| MONTHLY PAYMENT TO ESCROW | $7.09 |

**------ ANTICIPATED ESCROW ACTIVITY 08/01/2019 TO 10/01/2019 --------**

| | ANTICIPATED PAYMENTS | | | ESCROW BALANCE COMPARISON | |
|---|---|---|---|---|---|
| MONTH | TO ESCROW | FROM ESCROW | DESCRIPTION | ANTICIPATED | REQUIRED |
| | | | STARTING BALANCE --> | $17,835.54- | $7.09 |
| AUG | $7.09 | | | L1->$17,828.45- | L2-> $14.18 |
| SEP | $7.09 | | | $17,821.36- | $21.27 |
| OCT | $7.09 | | | $17,814.27- | $28.36 |

**-------- DETERMINING THE SUFFICIENCY OF YOUR ESCROW BALANCE --------**
IF THE ANTICIPATED LOW POINT BALANCE (L1) IS LESS THAN THE REQUIRED BALANCE (L2), THEN YOU HAVE AN ESCROW SHORTAGE. **YOUR ESCROW SHORTAGE IS $17,842.63.**

**CALCULATION OF YOUR NEW PAYMENT**

| | |
|---|---|
| PRIN & INTEREST | $660.49 |
| ESCROW PAYMENT | $7.09 |
| SHORTAGE PYMT | $1,486.88 |
| **NEW PAYMENT EFFECTIVE 08/01/2019** | **$2,154.46** |
| YOUR ESCROW CUSHION FOR THIS CYCLE IS $14.18. | |

**ACCOUNT HISTORY**

THIS HISTORY STATEMENT COMPARES YOUR PRIOR ANALYSIS CYCLE PROJECTED ESCROW ACTIVITY TO THE ACTUAL ESCROW ACTIVITY BEGINNING 08/01/2018 AND ENDING 07/31/2019. IF YOUR LOAN WAS PAID-OFF, ASSUMED OR TRANSFERRED DURING THIS PRIOR CYCLE, OR THE COMPUTATION YEAR IS BEING CHANGED, ACTUAL ACTIVITY STOPS AT THAT POINT. THIS STATEMENT IS INFORMATION ONLY AND REQUIRES NO ACTION ON YOUR PART.

YOUR PAYMENT BREAKDOWN AS OF 08/01/2018 IS:

| | |
|---|---|
| PRIN & INTEREST | $660.49 |
| ESCROW PAYMENT | $323.87 |
| BORROWER PAYMENT | $984.36 |

| | PAYMENTS TO ESCROW | | PAYMENTS FROM ESCROW | | ESCROW BALANCE | |
|---|---|---|---|---|---|---|
| MONTH | PRIOR PROJECTED | ACTUAL | PRIOR PROJECTED | ACTUAL | DESCRIPTION | PRIOR PROJECTED | ACTUAL |
| | | | | | STARTING BALANCE | $0.00 | $19,831.21- |
| OCT | $0.00 | $0.00 | | $137.34 * | HOMEOWNERS F/P | $0.00 | $19,968.55- |

********** Continued on reverse side ***********

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

 **BSI Financial Services**

### Escrow Payment Options

Loan Number: 1461410587
Statement Date: 06/25/19
Escrow Shortage: $17,842.63

Important: Please return this coupon with your check.

BSI FINANCIAL SERVICES
314 S. Franklin Street, 2nd Floor
P.O. Box 517
Titusville, PA 16354

I understand that my taxes and/or insurance has increased and that my escrow account is short $17,842.63. I have enclosed a check for:

☐ **Option 1:** $17,842.63, the total shortage amount. I understand that if this is received by 08/01/2019 my monthly mortgage payment will be $667.58 starting 08/01/2019.

☐ **Option 2:** $_____ , part of the shortage. I understand that the rest of the shortage will be divided evenly and added to my mortgage payment each month.

☐ **Option 3:** You do not need to do anything if you want to have all of your shortage divided evenly among the next 12 months.

Please make you check payable to: **BSI FINANCIAL SERVICES** and please include your loan number on your check.

Licensed as Servis One Inc. dba BSI Financial Services. BSI Financial Services NMLS# 38078. Colorado Office Location: 1350 E. Briarwood Ave., Suite 340, Centennial, CO 80112 80112 (303) 309-3839. Licensed as a Debt Collection Agency by the New York City Department of Consumer Affairs, (# 2001485-DCA). North Carolina Collection Agency Permit (# 105608).

********** **Continued from front** **********

| MONTH | PAYMENTS TO ESCROW | | PAYMENTS FROM ESCROW | | | ESCROW BALANCE | |
|---|---|---|---|---|---|---|---|
| | PRIOR PROJECTED | ACTUAL | PRIOR PROJECTED | ACTUAL | DESCRIPTION | PRIOR PROJECTED | ACTUAL |
| DEC | $0.00 | $0.00 | | $2,639.88 * | CITY | $0.00 | A-> $22,608.43- |
| JAN | $0.00 | $323.87 * | | | | $0.00 | $22,284.56- |
| FEB | $0.00 | $323.87 * | | | | $0.00 | $21,960.69- |
| MAY | $0.00 | $647.74 * | | | | $0.00 | $21,312.95- |
| JUN | $0.00 | $0.00 | | $85.16 * | HOMEOWNERS F/P | $0.00 | $21,398.11- |
| | $0.00 | $1,295.48 | $0.00 | $2,862.38 | | | |

UNDER FEDERAL LAW, WHEN YOUR ACTUAL ESCROW BALANCE REACHED THE LOWEST POINT, THAT BALANCE WAS TARGETED NOT TO EXCEED 1/6TH OF THE ANNUAL PROJECTED DISBURSEMENTS. YOUR LOAN DOCUMENTS OR STATE LAW MAY SPECIFY THAT YOUR LOWEST BALANCE MUST BE A LOWER AMOUNT THAN THE FEDERAL LAW ALLOWS.

UNDER YOUR MORTGAGE CONTRACT OR STATE OR FEDERAL LAW, YOUR TARGETED LOW POINT BALANCE (T) WAS $0.00. YOUR ACTUAL LOW POINT ESCROW BALANCE (A) WAS $22,608.43-.

BY COMPARING THE ANTICIPATED ESCROW TRANSACTIONS WITH THE ACTUAL TRANSACTIONS YOU CAN DETERMINE WHERE A DIFFERENCE MAY HAVE OCCURRED. AN ASTERISK (*) INDICATES A DIFFERENCE IN EITHER THE AMOUNT OR DATE OF THE PROJECTED ACTIVITY THAT HAS NOT YET OCCURRED DUE TO THE DATE OF THIS STATEMENT.

IF THERE ARE NO PRIOR PAYMENTS TO OR FROM ESCROW SHOWN, THERE WAS NO PRIOR PROJECTION TO WHICH THE ACTUAL ACTIVITY COULD BE COMPARED.

## Determining your Shortage or Surplus
**Shortage**:
Any shortage in your escrow account is usually caused by one the following items:
- An increase, if any, in what was paid for insurance and/or taxes from your escrow account.
- A projected increase in taxes for the upcoming year.
- The number of months elapsed from the time of these disbursements to the new payment effective date.

Shortages are divided evenly of the next twelve months. To reduce the increase in your monthly payment, the shortage can be paid either partially or in full.
**Surplus**:
A surplus in your escrow account is usually caused by one the following items:
- The insurance/taxes paid during the past year were lower than projected.
- A refund was received from the taxing authority or insurance carrier.
- Additional funds were applied to your escrow account.

If your surplus is $50.00 or greater and your loan was contractually current at the time when the analysis was run or calculated, a check will be sent to you. If your surplus is less than $50.00, the funds will be retained in your escrow account.

If you have filed a bankruptcy petition and there is either an automatic stay in effect in your bankruptcy case or you have received a discharge of your personal liability for the obligation identified in this letter, we may not and do not intend to pursue collection of that obligation from you personally. If these circumstances apply, this notice is not and should not be construed as a demand for payment from you personally. Unless the Bankruptcy Court has ordered otherwise, please also note that despite any such bankruptcy filing, whatever rights we hold in the property that secures the obligation remain unimpaired



| Loan Information | |
|---|---|
| Loan # | |
| Borrower | ANTHONY J LEE |
| BK Case # | 14-32938 |
| Date Filed | 10/20/2014 |
| First Post Petition Due Date | 11/1/2014 |
| POC Covers | Cram down |

| Date | Amount Rcvd | Post Pet Due Date | Contractual Due Date | Amt Due | Over/Short | Suspense Credit | Suspense Debit | Suspense Balance |
|---|---|---|---|---|---|---|---|---|
| 5/22/2015 | $606.14 | | | | $606.14 | $660.49 | | $660.49 |
| 6/24/2015 | $723.52 | | 1/1/2014 | $660.49 | $63.03 | $63.03 | | $723.52 |
| 7/31/2015 | $714.88 | | 2/1/2014 | $660.49 | $54.39 | $54.39 | | $777.91 |
| 8/26/2015 | $713.99 | | 3/1/2014 | $660.49 | $53.50 | $53.50 | | $831.41 |
| 9/25/2015 | $713.08 | | 4/1/2014 | $660.49 | $52.59 | $52.59 | | $884.00 |
| 10/23/2015 | $719.35 | | 5/1/2014 | $660.49 | $58.86 | $58.86 | | $942.86 |
| 11/24/2015 | $720.16 | | 6/1/2014 | $660.49 | $59.67 | $59.57 | | $1,002.43 |
| 12/29/2015 | $719.86 | | 7/1/2014 | $660.49 | $59.37 | $59.37 | | $1,061.80 |
| 1/25/2016 | $719.56 | | 8/1/2014 | $660.49 | $59.07 | $59.07 | | $1,120.87 |
| 2/23/2016 | $719.26 | | 9/1/2014 | $660.49 | $58.77 | $58.77 | | $1,179.64 |
| 3/28/2016 | $718.95 | | 10/1/2014 | $660.49 | $58.46 | $58.46 | | $1,238.10 |
| 4/26/2016 | $718.64 | | 11/1/2014 | $660.49 | $58.15 | $58.15 | | $1,296.25 |
| 5/24/2016 | $718.33 | | 12/1/2014 | $660.49 | $57.84 | $57.84 | | $1,354.09 |
| 6/27/2016 | $718.02 | | 1/1/2015 | $660.49 | $57.53 | $57.53 | | $1,411.62 |
| 7/25/2016 | $717.70 | | 2/1/2015 | $660.49 | $57.21 | $57.21 | | $1,468.83 |
| 8/30/2016 | $717.39 | | 3/1/2015 | $660.49 | $56.90 | $56.90 | | $1,525.73 |
| 9/27/2016 | $717.07 | | 4/1/2015 | $660.49 | $56.58 | $56.58 | | $1,582.31 |
| 10/28/2016 | $710.76 | | 5/1/2015 | $660.49 | $50.27 | $50.27 | | $1,632.58 |
| 11/28/2016 | $710.44 | | 6/1/2015 | $660.49 | $49.95 | $49.95 | | $1,682.53 |
| 12/28/2016 | $710.12 | | 7/1/2015 | $660.49 | $49.63 | $59.63 | | $1,742.16 |
| 1/30/2017 | $709.79 | | 8/1/2015 | $660.49 | $49.30 | $49.30 | | $1,791.46 |
| 2/28/2017 | $709.47 | | 9/1/2015 | $660.49 | $48.98 | $48.98 | | $1,840.44 |
| 3/24/2017 | $709.13 | | 10/1/2015 | $660.49 | $48.64 | $48.64 | | $1,889.08 |
| 4/25/2017 | $708.80 | | 11/1/2015 | $660.49 | $48.31 | $48.31 | | $1,937.39 |
| 5/30/2017 | $708.47 | | 12/1/2015 | $660.49 | $47.98 | $47.98 | | $1,985.37 |
| 6/21/2017 | $705.15 | | 1/1/2016 | $660.49 | $44.66 | $44.66 | | $2,030.03 |
| 7/25/2017 | $704.81 | | 2/1/2016 | $660.49 | $44.32 | $44.32 | | $2,074.35 |
| 8/22/2017 | $704.47 | | 3/1/2016 | $660.49 | $43.98 | $43.98 | | $2,118.33 |
| 9/26/2017 | $704.13 | | 4/1/2016 | $660.49 | $43.64 | $43.64 | | $2,161.97 |
| 10/25/2017 | $703.78 | | 5/1/2016 | $660.49 | $43.29 | $43.29 | | $2,205.26 |
| 11/15/2017 | $703.43 | | 6/1/2016 | $660.49 | $42.94 | $42.94 | | $2,248.20 |
| 12/27/2017 | $703.07 | | 7/1/2016 | $660.49 | $42.58 | $42.58 | | $2,290.78 |
| 1/22/2018 | $702.72 | | 8/1/2016 | $660.49 | $42.23 | $42.23 | | $2,333.01 |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| 2/20/2018 | $702.02 | | 9/1/2016 | $660.49 | $41.53 | $41.53 | | $2,374.54 |
| 3/29/2018 | $701.67 | | 10/1/2016 | $660.49 | $41.18 | $41.18 | | $2,415.72 |
| 4/24/2018 | $701.32 | | 11/1/2016 | $660.49 | $40.83 | $40.83 | | $2,456.55 |
| 5/22/2018 | $700.97 | | 12/1/2016 | $660.49 | $40.48 | $40.48 | | $2,497.03 |
| 6/27/2018 | $700.62 | | 1/1/2017 | $660.49 | $40.13 | $40.13 | | $2,537.16 |
| 7/24/2018 | $700.26 | | 2/1/2017 | $660.49 | $39.77 | $39.77 | | $2,576.93 |
| 8/24/2018 | $699.91 | | 3/1/2017 | $660.49 | $39.42 | $39.42 | | $2,616.35 |
| 9/27/2018 | $701.75 | | 4/1/2017 | $660.49 | $41.26 | $41.20 | | $2,657.55 |
| 10/26/2018 | $725.74 | | 5/1/2017 | $660.49 | $65.25 | $65.26 | | $2,722.81 |
| 11/23/2018 | $699.18 | | 6/1/2017 | $660.49 | $38.69 | $38.69 | | $2,761.50 |
| 12/24/2018 | $698.43 | | 7/1/2017 | $660.49 | $37.94 | $37.94 | | $2,799.44 |
| 1/28/2019 | $698.06 | | 8/1/2017 | $660.49 | $37.57 | $37.57 | | $2,837.01 |
| 2//25/19 | $697.69 | | 9/1/2017 | $660.49 | $37.20 | $37.20 | | $2,874.21 |
| 3/25/2019 | $697.31 | | 10/1/2017 | $660.49 | $36.82 | $36.82 | | $2,911.03 |
| 4/29/2019 | $696.94 | | 11/1/2017 | $660.49 | $36.45 | $36.45 | | $2,947.48 |
| 5/28/2019 | $696.56 | | 12/1/2017 | $660.49 | $36.07 | $36.07 | | $2,983.55 |
| 6/24/2019 | $696.19 | | 1/1/2018 | $660.49 | $35.70 | $357.00 | | $3,340.55 |
| 7/29/2019 | $695.80 | | 2/1/2018 | $660.49 | $35.31 | $35.31 | | $3,375.86 |
| 8/26/2019 | $693.23 | | 3/1/2018 | $660.49 | $32.73 | $32.73 | | $3,408.59 |
| 9/23/2019 | $693.21 | | 4/1/2018 | $660.49 | $32.72 | $32.72 | | $3,441.31 |
| 10/24/2019 | $881.76 | | 5/1/2018 | $660.49 | $221.27 | $221.27 | | $3,662.58 |
| 11/25/2019 | $787.30 | | 6/1/2018 | $660.49 | $126.81 | $126.81 | | $3,789.39 |
| 12/24/2019 | $787.30 | | 7/1/2018 | $660.49 | $126.81 | $126.81 | | $3,916.20 |
| 1/14/2020 | $330.75 | | 8/1/2018 | $660.49 | -$329.74 | | $329.74 | $3,586.46 |
| | | | 9/1/2018 | $660.49 | -$660.49 | | $660.49 | $2,925.97 |
| | | | 10/1/2018 | $660.49 | -$660.49 | | $660.49 | $2,265.48 |
| | | | 11/1/2018 | $660.49 | -$660.49 | | $660.49 | $1,604.99 |
| | | | 12/1/2018 | $660.49 | -$660.49 | | $660.49 | $944.50 |
| | | | 1/1/2019 | $660.49 | -$660.49 | | $660.49 | $284.01 |
| | | | | | $0.00 | | | $284.01 |
| | | | | | $0.00 | | | $284.01 |
| | | | | | $0.00 | | | $284.01 |
| | | | | | $0.00 | | | $284.01 |
| | | | | | $0.00 | | | $284.01 |
| | | | | | $0.00 | | | $284.01 |
| | | | | | $0.00 | | | $284.01 |
| | | | | | $0.00 | | | $284.01 |
| | | | | | $0.00 | | | $284.01 |
| | | | | | $0.00 | | | $284.01 |
| | | | | | $0.00 | | | $284.01 |

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF WISCONSIN

In re:   Anthony J. Lee,                                    Case No.:  14-32938-beh
                        Debtor                              Chapter 13

CERTIFICATE OF MAILING

STATE OF WISCONSIN, MILWAUKEE COUNTY

I, Bryan M. Ward, certify that on the date of 2/5/2020, copies of these documents—

**Response to Notice of Final Cure Payment, Certificate of Mailing**—were mailed, properly

enclosed in a postage paid envelope, or served electronically if the party accepts electronic

service, to the following:

Via US Mail:          Anthony J. Lee
                      3614 N. 5th Street
                      Milwaukee, WI  53212

Via ECF:              Paul A. Strouse
                      Chapter 13 Trustee Scott Lieske
                      U.S. Bankruptcy Trustee

I declare under penalty of perjury that the information provided in this notice is true and

correct to the best of my knowledge and belief.

Bryan M. Ward
3127 W. Wisconsin Avenue
Milwaukee, WI 53208
414-271-4849
414-271-1884 (fax)
bmw@bryanwardlaw.com

*This is an attempt to collect a debt and any information obtained will be used for that purpose.*
*If you have previously received a discharge in a Chapter 7 bankruptcy case, this*
*communication is not, and should not be construed as, an attempt to hold you personally liable*
*for any discharged debt.*